No. 01–6234. JOHNSON v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–6236. REEVES v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 01–6237. BROOKS v. GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–6238. KAMARA v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 01–6241. KURIAN v. CITY OF NEW YORK HUMAN RESOURCES ADMINISTRATION ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–6248. CURRY v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–6249. CARR v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 01–6250. MARTINEZ v. FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 01–6251. BARNETT v. ARENDS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 01–6254. OMELI v. NATIONAL COUNCIL OF SENIOR CITIZENS ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–6256. HERNANDEZ v. KUHLMANN, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–6257. HAYMON v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 01–6258. BIRKHOLZ v. MONTANA ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–6261. UNDERWOOD v. ANDERSON, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.